## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: 15-22081-amn ) | Chapter 7 Proceeding |
| ) | |
| **Katalin Demitrus** ) | |
| Debtor ) | |
| ) | |
| ) | |
| **Wells Fargo Bank, N.A.** ) | |
| Movant ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **Katalin Demitrus** ) | |
| **and Thomas C. Boscarino, Trustee** ) | |
| Respondent ) | December 28, 2015 |

### MOTION FOR RELIEF FROM AUTOMATIC STAY
### (REAL PROPERTY)

Wells Fargo Bank, N.A. ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of Katalin A. Demitrus aka Katalin Demitrus (the "Debtor") having an address of 108 Winthrop Road, Windsor, Connecticut 06095 (the "Property"). In further support of this Motion, Movant respectfully states:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed with respect to the Debtor on December 1, 2015.

2.  The Debtor executed and delivered or is otherwise obligated with respect to that certain promissory note in the original principal amount of $302,886.00 (the "Note"). A copy of

the Note is attached hereto as Exhibit A. Movant is an entity entitled to enforce the Note and the Mortgage (defined below).

3. Pursuant to that certain Mortgage (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtor under and with respect to the Note and the Mortgage are secured by the Property. A copy of the Mortgage is attached hereto as Exhibit B.

4. Said Mortgage was assigned to the Movant by virtue of an assignment of mortgage, a copy of which is attached hereto as Exhibit C.

5. The Debtor's statement of intention indicates the Property is to be surrendered.

6. As of December 21, 2015, the approximate outstanding amount of the Obligations less any partial payments or suspense balance is $293,511.28.

7. As of December 21, 2015, the Debtor(s) have failed to make payments in an aggregate amount sufficient to satisfy in full the payment contractually due under the Note on January 1, 2015 or any full payment contractually due under the Note thereafter.

8. The estimated market value of the Property is $200,000.00. The basis for such valuation is Debtor's Schedule A.

9. Upon information and belief, the encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, are: (i) Movant $293,511.28; (ii) a water/sewer lien in favor of Metropolitan District in the amount of $377.69; (iii) a judgment lien in favor of Orthopedic Assoc. of Hartford in the amount of $1,814.08; and (iv) a mortgage in favor of Wells Fargo Bank, N.A. in the amount of $80,150.35.

10. The Schedules of the Debtor do not list an exemption for the Property

11. Pursuant to 11 U.S.C. § 362(d)(1), cause exists for relief from the automatic stay for the following reasons:

(a) Movant's interest in the Property is not adequately protected.

(b) Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor has no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay allowing Movant and any successors or assigns to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

3. For such other relief as the Court deems proper.

Wells Fargo Bank, N.A.

By */s/ Tracy F. Allen*
Tracy F. Allen
The Movant's Attorney
Federal Bar No.ct27818
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 171
Farmington, CT 06032
Phone (860) 677-2868
Fax (860) 409-0626
Email: BKECF@bmpc-law.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **In Re:15-22081-amn** | ) | **Chapter 7**   Proceeding |
| | ) | |
| **Katalin Demitrus** | ) | |
|     Debtor | ) | |
| | ) | |
| | ) | **ECF No.** |
| **Wells Fargo Bank, N.A.** | ) | |
|     Movant | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Katalin Demitrus** | ) | |
| **and Thomas C. Boscarino, Trustee** | ) | |
|     Respondent | ) | |

**ORDER GRANTING MOTION FOR RELIEF**

    After notice and a hearing, <u>see</u> Bankruptcy Code Section 102(1), on Wells Fargo Bank, N.A., (hereafter, the "Movant"), <u>Motion for Relief from the Automatic Stay</u>, (hereafter, the "Motion")  ECF No. \_\_\_\_:

    **IT IS HEREBY ORDERED** that the Motion is Granted—the automatic stay of 11 U.S.C. § 362(a) is modified to permit the Movant, its designated servicing agent, and/or its successors and assigns to commence, continue, and prosecute to judgment a foreclosure action and obtain possession in accordance with applicable state law and otherwise exercise its rights, if any, with respect to real property known as **108 Winthrop Road, Windsor, Connecticut 06095** in accordance with applicable state law, and

    **IT IS FURTHER ORDERED** that the Movant, its designated servicing agent, and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement, including accepting a deed in lieu of foreclosure from the Debtor.  The Movant or its designated servicing agent may contact the Debtor via telephone or written correspondence to offer such an agreement.  In the event the Debtor receives a discharge, any such agreement shall be non-recourse against the Debtor unless included in a reaffirmation agreement, and

**IT IS FURTHER ORDERED** that the 14-day stay of Fed.R.Bankr.P. 4001 (a)(3) is not applicable and the Movant may immediately enforce and implement this order.

Case 15-22081    Doc 9    Filed 12/28/15    Entered 12/28/15 15:39:07    Desc Main
Document    Page 5 of 7

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE: Katalin Demitrus
DEBTOR(S)

CASE NUMBER: 15-22081-amn

CHAPTER 7

### NOTICE OF CONTESTED MATTER RESPONSE DEADLINE

**Wells Fargo Bank, N.A.**, (the "Movant") has filed a Motion for Relief from the Automatic Stay, (the "Contested Matter"), in the above-captioned case. Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than January 11, 2016. In the absence of a timely filed response, the proposed order in the Contested Matter *may* enter without further notice and hearing, see, 11 U.S.C. § 102 (1).

Dated: **December 28, 2015**                    By:   **Wells Fargo Bank, N.A.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: 15-22081-amn | ) | Chapter 7    Proceeding |
| | ) | |
| **Katalin Demitrus** | ) | |
|     Debtor | ) | |
| | ) | |
| **Wells Fargo Bank, N.A.** | ) | |
|     Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **Katalin Demitrus** | ) | |
| **and Thomas C. Boscarino, Trustee** | ) | |
|     Respondent | ) | December 28, 2015 |

### CERTIFICATION OF SERVICE

    The undersigned (the "Movant") hereby certifies that, on the 28th day of December, 2015, in accordance with Rules 7004, 7005, and 9014 F.R.Bankr.P., the following have been served upon all parties entitled to notice:1) a copy of the contested matter, 2) a copy of the proposed order, and 3) a Notice of Contested Matter Response Deadline.

| | |
|---|---|
| Katalin Demitrus | Suzann L. Beckett, Esq. |
| Debtor | Debtor's Attorney |
| 108 Winthrop Road | *Via Electronic Notice of Filing* |
| Windsor CT  06095 | |
| *Via First Class Mail* | U.S. Trustee |
| | *Via Electronic Notice of Filing* |
| Thomas C. Boscarino, Esq. | |
| Trustee | |
| *Via Electronic Notice of Filing* | |

                                                By */s/ Tracy F. Allen*
                                                  Tracy F. Allen
                                                  The Movant's Attorney
                                                  Federal Bar No.ct27818
                                                  Bendett & McHugh, P.C.
                                                  270 Farmington Avenue, Suite 171
                                                  Farmington, CT 06032
                                                  Phone (860) 677-2868
                                                  Fax (860) 409-0626
                                                  Email: BKECF@bmpc-law.com