**UNITED STATES BANKRUPTCY COURT**

# District of Connecticut

In Re:  Katalin Demitrus
      Debtor(s)

Case Number:  15−22081

**CLERK'S NOTICE OF PRESUMED ABUSE
UNDER 11 U.S.C. §707(b)(2)**

An amended means test has been filed by the debtor in this case which indicates that a presumption of abuse has arisen under 11 U.S.C. §707(b)(2).

Creditors may have the right to file a motion to dismiss the case under 11 U.S.C. §707(b)(2) of the Bankruptcy Code. Under 11 U.S.C. §707(b)(2)(B) the debtor may rebut the presumption by showing special circumstances.

Dated: 1/11/16

*Myrne Attustler*

Acting Clerk, U.S. Bankruptcy Court