# United States Bankruptcy Court

## District of Connecticut



Filed & Entered
On Docket
January 15, 2016

In re:

    Katalin Demitrus

                           Debtor*

Case Number: 15–22081 amn
Chapter: 7

Wells Fargo Bank, N.A.
Movant(s)

v.

Katalin Demitrus , Debtor(s)
Thomas C. Boscarino, Trustee

Respondent(s)

## Order Granting Relief from Stay

Wells Fargo Bank, N.A. (the "Movant") filed a Motion for Relief from Stay (the "Motion"), ECF No. 9. After notice and a hearing, *see* 11 U.S.C. § 102(1), and in compliance with the Court's Contested Matter Procedure, and it appearing that the relief sought in the Motion should be granted, it is hereby

ORDERED, that the automatic stay provided in 11 U.S.C. § 362(a) is modified pursuant to 11 U.S.C § 362(d)(1) to permit the Movant and/or their succesors and assignees, to exercise their rights, if any, with respect to real property known as 108 Winthrop Road, Windsor, Connecticut, in accordance with applicable non–bankruptcy law.

Dated: January 15, 2016

BY THE COURT

Ann M. Nevins
United States Bankruptcy Judge
District of Connecticut

Ann M. Nevins
United States Bankruptcy Judge

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 118 – bjl

*For the purposes of this order, "Debtor" means "Debtors" where applicable.